UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| JAMES H. HIGGASON, | ) | |
| --- | --- | --- |
| Plaintiff | ) | |
| vs. | ) | CAUSE NO. 3:98-CV-105 RM |
| HOWARD MORTON, *et al.*, | ) | |
| Defendants | ) | |

## OPINION AND ORDER

The court now DENIES the plaintiff's motion for appointment of counsel (DE 271) as moot because counsel has appeared for the plaintiff. The court GRANTS the plaintiff's motion for renewal of judgment lien (DE 273), and renews the judgment lien against the property of defendants Brian Thompson, Gabrial Tinoco, and Mike Lunn for an additional period of ten years.

SO ORDERED.

DATED: June 6, 2011

/s/ Robert L. Miller, Jr.
Judge
United States District Court